IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAFAEL MIRANDA,<br><br>Defendant. | Case №: 1:19-CR-00167-1-LJO<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on his re-sentencing. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Jay Nelson be appointed to represent the above defendant in this case effective *nunc pro tunc* to August 28, 2020.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __September 23, 2020__    _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE