1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00167-NONE-1 |
|---|---|
| Plaintiff, | **ORDER OF RELEASE** |
| v. | |
| RAFAEL MIRANDA, | |
| Defendant. | |

Today the Court sentenced Defendant Rafael Miranda (Reg. No. 72950-298) to 10 months in custody followed by 18 months of supervised release. Based on defendant Miranda's continuous confinement since approximately October 5, 2019, it is the Court's understanding and intent that the sentence imposed today effectively constitutes a sentence of time-served.

In order to effectuate the Court's judgment, the Court HEREBY ORDERS that defendant Rafael Miranda be released from the custody of the U.S. Bureau of Prisons forthwith.

IT IS SO ORDERED.

Dated:  **September 25, 2020**   _____
UNITED STATES DISTRICT JUDGE